UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

APPLE & EVE, LLC,

                                    Plaintiff,

           - against -

YANTAI NORTH ANDRE JUICE CO.,  LTD

                                    Defendant.

---

**AFFIDAVIT OF SERVICE**

Docket No. 2:07-cv-00745-
JFB-WDW

STATE OF NEW YORK       )
                        :ss
COUNTY OF NEW YORK      )

Kerwyn Welch, being duly sworn, deposes and says:

I am not a party to this action am over the age of eighteen and reside in the State of New York.

On April 2, 2007, at approximately 6:00 p.m., I served **Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Compel Arbitration and Dismiss the Compliant, Affidavit of Jay R. Fialkoff in Support of Plaintiff's Opposition, and Declaration of Mr. Liu Yuwu** (with Appendices A through I), upon defendant Yantai North Andre Juice Co., Ltd., by delivering and leaving true copies thereof to Peter Guirguis, Esq., at the Offices of Akin Gump Strauss Hauer & Feld, LLP,  located at 590 Madison Avenue, 42nd Floor, New York, NY 10022.

_Kerwyn Welch_
Kerwyn Welch

Sworn to before me
April 3, 2007

_Notary Public_

YANCY FLEETWOOD
Notary Public, State of New York
No. 01-FL6034777
Qualified in New York County
Commission Expires Dec. 20, 2009

204849v1